UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-3693
_____

GREG MANNING; CLAES ARNRUP; POSILJONEN AB;
POSILJONEN AS; SVEABORG HANDEL AS; FLYGEXPO AB;
LONDRINA HOLDING LIMITED,

                                                                             Appellants

v.

MERRILL LYNCH PIERCE FENNER & SMITH, INC.; KNIGHT CAPITAL
AMERICAS, a/k/a Knight Equity Markets L.P.; UBS SECURITIES LLC; E
TRADE CAPITAL MARKETS LLC; NATIONAL FINANCIAL SERVICES
LLC; CITADEL DERIVATIVES GROUP LLC; JOHN DOES 1-10 (names being
fictitious),  ABC COMPANIES 1-10 (names being fictitious), jointly, severally or
in the alternative, individually


On Appeal from the United States District Court
for the District of New Jersey
District Court No. 2-12-cv-04466
District Judge: The Honorable Jose L. Linares

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
July 10, 2014

Before: SMITH, VANASKIE, and SLOVITER, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States

District Court for the District of New Jersey and was submitted on July 10, 2014.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the order of the District Court entered March 20, 2013, be and the same is hereby REVERSED, and the matter is REMANDED to the District Court for further proceedings. All of the above in accordance with the opinion of this Court. Costs taxed against Appellees.

Attest:

s/Marcia M. Waldron
Clerk

DATED: November 10, 2014